# United States Bankruptcy Court

Eastern District of Louisiana

---

| | |
|---|---|
| DEBORAH DAVIS<br>1306 ESTALOTE AVE<br>HARVEY LA  70058 | **17-12089**<br>Chapter 13<br>Section B |

---

### MOTION TO SET ASIDE TRUSTEE'S OBJECTION TO CLAIM

---

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that his objection (pleading #37) to the claim filed in this case by the below-named creditor in the amount of $601.40 and the related hearing set for January 10, 2018 be set aside and dismissed, and that the claim therefore be allowed.

Claimant:                                                     Court's claim #6

MIDLAND CREDIT MANAGEMENT                    Account #0302
PO BOX 2011
WARREN MI  48090

Attorney for Debtor:                                       /s/ S.J. Beaulieu, Jr.
                                                                    S.J. Beaulieu, Jr.
EDWIN M SHORTY JR                                    Chapter 13 Trustee
EShorty@EShortylawoffice.com

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor and the pertinent creditor.

12/21/2017                              by: /s/ Davi George